```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FORT SMITH DIVISION
```

TIFFANIE MIDDLETON                                    PLAINTIFF

VS.                           06-2205

AMERICAN STANDARD COMPANIES,
d/b/a THE TRANE COMPANY, and
CLAY GRAHAM, INDIVIDUALLY                             DEFENDANT

### J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' motion for summary judgment (Doc. 19) is GRANTED.  All parties are to bear their own costs and fees, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.  **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 20th day of September 2007.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**